## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC FOREMAN,<br><br>                Plaintiff,<br><br>   v.<br><br>EERO. LLC,<br><br>                Defendant. | Civil Action No. 3:22-cv-00591 |

## NOTICE OF SETTLEMENT

Plaintiff Eric Foreman hereby advises this Honorable Court that he has reached an agreement in principle with Defendant Eero, LLC. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: June 21, 2022                          Respectfully Submitted,

                                                */s/ Benjamin J. Sweet*
                                                Benjamin J. Sweet
                                                ben@nshmlaw.com
                                                **NYE, STIRLING, HALE & MILLER, LLP**
                                                1145 Bower Hill Road, Suite 104
                                                Pittsburgh, Pennsylvania 15243
                                                Phone: (412) 857-5350

                                                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 21st day of June, 2022.

 /s/ *Benjamin J. Sweet*
Benjamin J. Sweet
